JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON MARIO SIMS, | Case No. 2:23-cv-00768-VBF-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION, et al., | |
| Defendant. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute, JUDGMENT IS HEREBY entered dismissing the action without prejudice.

Dated: __August 21, 2024__        /s/ Valerie Baker Fairbank

_____
HONORABLE VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE